**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Criminal No. 1:23-cr-00039** |
| **VICTOR MARTINEZ** | ) | |
| | ) | |
| **Defendant** | ) | |

<u>**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**</u>

Undersigned counsel, pursuant to Local Criminal Rule 44.5(d), respectfully moves this

Court for leave to withdraw as counsel in the above matter.  Mr. Martinez has retained new

counsel, Serguel Akiti, Esq.

Wherefore, for the foregoing reasons, undersigned counsel respectfully requests that this

Court grant this Motion to Withdraw as Counsel.

Respectfully submitted,
_____/s/_____
Paulette Pagán
DC Bar # 1737374
*Local Counsel for Victor Martinez*
Price Benowitz LLP
409 7th Street, NW
Suite 200
Washington, DC 20001
(202) 731-9882
paulette@pricebenowitz.com

### **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 8th day of March 2023, I caused a true and correct copy of the foregoing Defendant's Motion For Leave To Withdraw As Counsel to be delivered via CM/ECF to all parties in this matter.

                                      _____/s/_____
                                        Paulette Pagán